**CONSENT FORM**

1. I consent to make a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* against my current/former employer, Red Robin Gourmet Burgers, to secure any relief that may be awarded, including overtime pay, liquidated damages, attorneys' fees, costs and other relief arising out of my employment with Red Robin Gourmet Burgers.

2. During the past three years, there were occasions when Red Robin Gourmet Burgers paid me less than the minimum wage.

3. I authorize Shulman Kessler LLP to represent me in this case.

Date: 1/15/2016

DocuSigned by:
*Dante Butler*
83521BCC1FC94D7...
Signature

Dante Butler
Print Name